**MASHEL LAW, L.L.C.**
500 Campus Drive, Suite 303
Morganville, New Jersey 07751
T: (732) 536-6161
F: (732) 536-6165
E: smashel@mashellaw.com
**Attorneys for Plaintiff Thomas Mittl**

By: Stephan T. Mashel, Esquire
    Attorney I.D. No. 03185-1986

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Trenton Division

| | |
|---|---|
| THOMAS MITTL, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | CASE NO: 3:15-cv-06886-MAS-DEA<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>(Oral Argument Requested) |

PLEASE TAKE NOTICE that on _____, at _____ or as soon thereafter as counsel may be heard, the undersigned counsel for plaintiff Thomas Mittl ("Plaintiff") shall move before the Honorable Michael Shipp, U.S.D.J., United States District Court for the District of New Jersey, for an Order granting Plaintiffs' Motion for Class Certification.

PLEASE TAKE FURTHER NOTICE that in support of the within application, Plaintiff shall rely upon (1) his Memorandum of Law in Support of

Motion for Class Certification, (2) Declaration of Stephan T. Mashel and exhibits thereto, (3) Certification of Plaintiff Thomas Mittl, (4) Affidavit of Joseph Papson and (5) Affidavit of Stephen Kirejevas.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is enclosed herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: May 13, 2016

**MASHEL LAW, L.L.C.**
By: /s/ Stephan T. Mashel
Stephan T. Mashel, Esq.
Peter D. Valenzano, Esq.
500 Campus Drive, Suite 303
Morganville, New Jersey 07751
Telephone: (732) 536-6161

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
Erica Langsen (*pro hac vice*)
155 Federal Street, Suite 400
Boston, Massachusetts 02110
Tel: 617-398-5600
Fax: 617-507-6020
*Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail on March 22, 2016 upon:

  Keith J. Miller, Esq.
  kmiller@rwmlegal.com
  ROBINSON MILLER LLC
  One Newark Center, 19th Floor
  Newark, New Jersey 07102

  Philip J. Eskenazi, Esq. (*pro hac vice*)
  peskenazi@hunton.com
  Emily Burkhardt Vicente, Esq. (*pro hac vice*)
  ebvicente@hunton.com
  HUNTON & WILLIAMS LLP
  550 South Hope Street, Suite 2000
  Los Angeles, California 90071-2627
  Telephone: (213) 532-2000
  Facsimile: (213) 532-2020

                By: /s/ Stephan T. Mashel

STEPHAN T. MASHEL, ESQ.