**MASHEL LAW, L.L.C.**
500 Campus Drive, Suite 303
Morganville, New Jersey 07751
T: (732) 536-6161
F: (732) 536-6165
E: smashel@mashellaw.com
**Attorneys for Plaintiff Thomas Mittl**

By: Stephan T. Mashel, Esq.
    Attorney I.D. No. 03185-1986

RECEIVED

JUL 25 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Trenton Division

| | |
|---|---|
| THOMAS MITTL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case: 3:15-cv-06886-BRM-DEA<br><br>[~~PROPOSED~~] JUDGMENT |

The Court has granted final approval to the parties' Class Action Settlement Agreement. Accordingly, the Court hereby enters judgment in this case consistent with Federal Rule of Civil Procedure 58, and in accordance with the terms of the Class Action Settlement Agreement, the Order Granting Preliminary Approval, and the Order Granting Final Approval of Class Action Settlement. The Court hereby permanently enjoins and restrains all individuals from asserting any and all claims

1

that were released pursuant to the Class Action Settlement Agreement and the Final Approval Order.

Without affecting the finality of this Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiff Thomas Mittl, Plaintiff Toms River Automatic Door & Window, the Settlement Class, and Defendant for the purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement, and all orders and judgments entered in connection therewith.

**IT IS SO ORDERED.**

Dated: July 24th, 2017

_____
Douglas E. Arpert
UNITED STATES MAGISTRATE JUDGE